UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

KAREN A. COLES,

    Plaintiff,

v.

STEPHEN PERRY, Administrator,
General Services Administration,

    Defendant.

---

Civil Action No. 01-732 (JMF)

**FILED**

AUG 07 2003

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT

Upon consideration of the jury's verdict, it is, hereby,

**ORDERED** that judgment be entered for the plaintiff and against the defendant in the amount of $350,000. It is further, hereby,

**ORDERED** that any post-trial motion shall be filed with 10 days in accordance with Federal Rule of Civil Procedure 50(b), but that memoranda in support thereof need not be filed at that time. It is further, hereby,

**ORDERED** that the parties shall meet and confer in an effort to effect a mutually agreed upon briefing schedule for any and all post-trial motions.

**SO ORDERED.**

_/s/ John M. Facciola_
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: 08/07/03