UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN A. COLES<br>    Plaintiff,<br><br>v.<br><br>STEPHEN A. PERRY,<br><br>    Defendant. | Civil Action No. 01-0732 (JMF) |

ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Plaintiff's Motion for A Status Conference [#194] is **DENIED.** It is further, hereby,

**ORDERED** that Defendant's Motion to Modify the March 31, 2004 Order In Part [#196] is **DENIED.** It is further, hereby,

**ORDERED** that a 90-day period of discovery commences with the issuance of this Order. The parties are reminded that they may take no more than 10 depositions and propound 25 interrogatories and 25 requests for admission and that at the conclusion of that period of discovery, either party may file a motion for further relief consistent with the jurisdictional limitations discussed in the accompanying Memorandum Opinion.

    **SO ORDERED.**

_____
Dated:                                              JOHN M. FACCIOLA
                                                     UNITED STATES MAGISTRATE JUDGE